**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6862**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ROBERT ELTON STOTTS, a/k/a Sugarbear,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CR-95-49)

———————

Submitted:  August 30, 2000        Decided:  September 11, 2000

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Elton Stotts, Appellant Pro Se.  Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Elton Stotts seeks to appeal the district court's order construing his Fed. R. Civ. P. 60(b) motion as a motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000), and dismissing it for failing to obtain authorization from this court to file a successive § 2255 motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Stotts, No. CR-95-49 (E.D. Va. filed May 17, 2000; entered May 18, 2000); see Fed. R. Civ. P. 58, 79(a). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED